USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 9/25/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Fatumata TOURAY,

Petitioner,

-against-

Kenneth GENALO, Field Office Director of Enforcement and Removal Operations, New York Field Office, Immigration & Customs Enforcement; David VENTURELLA, Acting Director, Immigration and Customs Enforcement; Markwayne MULLIN, Secretary, U.S. Department of Homeland Security; Todd BLANCHE, U.S. Attorney General.

Respondents.

26 Civ. 8370 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed Petitioner's application for a writ of habeas corpus, filed through her next friend, Salim Drammeh, under 28 U.S.C. § 2241. *See* Pet., ECF No. 1. The Court ORDERS as follows:

1. By **September 27, 2026**, the government shall confirm that Petitioner remains detained within this District, the Eastern District of New York, or the District of New Jersey, in compliance with the Court's administrative stay order.
2. By **September 27, 2026,** the government shall file a letter with the following information:
    a. The statutory provision(s) under which the government asserts the authority to detain Petitioner;
    b. Whether, if Petitioner is not subject to a final order of removal, there is any basis to distinguish this case from *Cunha v. Freden*, 175 F.4th 61 (2d Cir. 2026), such that Petitioner is not detained pursuant to 8 U.S.C. § 1226(a);
    c. Whether, if Petitioner is not subject to a final order of removal and the government states that the basis for detention is 8 U.S.C. § 1226(c)(1)(E), there is any basis to distinguish this case from *Urbano v. Genalo*, 26 Civ. 1466 (AT), 2026 WL 867130 (S.D.N.Y. Mar. 29, 2026); *H.A. v. Genalo*, 26 Civ. 2706 (AT), 2026 WL 1159512 (S.D.N.Y. Apr. 28, 2026); or *Peralta-Malla v. Mullin*, 26 Civ. 2903 (AT), 2026 WL 1346325 (S.D.N.Y. May 14, 2026);

d. Whether, if Petitioner is subject to a final order of removal, there is any basis to distinguish this case from *Liu v. Genalo*, No. 26 Civ. 3720 (AT), 2026 WL 1383370 (S.D.N.Y. May 14, 2026);

e. Whether, if there is a final order of removal, Respondents currently possess travel documents for Petitioner to effect her removal;

f. Whether, if there is no basis to distinguish the aforementioned cases, the government consents to issuance of the writ and/or waives the right to answer, subject to preservation of the government's arguments for appeal;

g. Any information regarding the procedural posture of any pending Department of Homeland Security or Executive Office for Immigration Review proceedings; and

3. By **September 29, 2026,** the government shall file an answer to the petition.

4. By **October 2, 2026**, Petitioner shall file a reply, if any.

The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York of this Order.

SO ORDERED.

Dated: September 25, 2026
New York, New York

ANALISA TORRES
United States District Judge